■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MICHAEL FITZGERALD, Respondent.—Appeal from an order of the County Court, Westchester County, dated November 14, 1979, dismissed (see *Sanabria v United States,* 437 US 54; *People v Brown,* 40 NY2d 381). Mangano, J. P., Gulotta, Cohalan and Margett, JJ., concur. [101 Misc 2d 712.]